# United States Bankruptcy Court
## Southern District of Mississippi

In re: Blue Diamond Energy, Inc

Debtor(s)

Case No. 23-50490

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Blue Diamond Energy, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1. However, for full disclosure the complete list of royalty owners and override interest owners is attached to this statement as Attachment "A."

Blue Diamond Energy, Inc owns both Escambia Operating Company, LLC (23-bk-50491) and Escambia Asset Co, LLC 23-bk-50492)

. None [*Check if applicable*]

Date: April 6, 2023

/s/ Steve Mullins
Stephen W. Mullins, MSB 9772
Signature of Attorney or Litigant
Counsel for Black Diamond, LLC
The Mullins Law Firm
5551 Old Shell Road, Unit 81750
Mobile, Al 36689-5566
228-218-3543  Fax:251-725-0504
jackfish28@gmail.com