**Fill in this information to identify the case:**

Debtor name: Blue Diamond Energy, Inc

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number (If known): 23-bk-50490

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Resource Strategies<br>4690 Table Mountain, Dr Suite 100<br>Golden, CO 80403 | Rob Williams<br>M: (970)-420-6864<br>Rob.Williams@thebaileyco.com | Litigation | Disputed | | | $5,000,000.00 |
| 2 | Patterson Services Inc<br>PO Box 203379<br>Dallas, TX 75320 | Attn: Iris Ochoa<br>Phone: 832-295-5555<br>INFO@PATTERSONSERVICES.COM | | | | | $ 881,005.81 |
| 3 | Parker and Sons PO Box 616<br>Atmore, AL 36504 | 251-368-3737<br>SALES@PARKERANDSONINC.COM | Litigation | Disputed | | | $ 492,574.59 |
| 4 | Baker Hughes<br>PO Box 301057<br>Dallas, TX 75303 | kim akin<br>kim.akin@bakerhughes.com<br>214-981-1924 | | | | | $ 474,699.93 |
| 5 | ASM Catalyst<br>8550 United Plaza Blvd, Suite 702<br>Baton Rouge, LA 70809 | 225-752-4276 | | | | | $ 361,840.50 |
| 6 | Adco<br>3657 Pine Lane<br>Bessimer, AL 35022 | Mark J Horn<br>205-704-0520<br>mhorn@adcoboiler.com | | | | | $ 221,525.07 |
| 7 | Southway Crane and Rigging<br>222 New Dunbar Rd<br>Byron, GA 31008 | Leslie Smith<br>713-255-8605<br>lsmith@tntcrane.com | | | | | $ 220,429.12 |
| 8 | Breitburn Operating<br>1111 Bagby St, Suite 1600<br>Houston, TX 77002 | anthony amoroso<br>713-437-8091<br>anthony.amoroso@mavresources.com | Litigation | Disputed | | | $ 200,000.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

| Debtor | Blue Diamond Energy, Inc | Case number (if known) | 23-bk-50490 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Complete Enviromental 5826 Larue Steiner Rd Theodore, AL 36582 | Mark Kelley  800-689-5656  chegwood@kelleycompanies.com | | | | | $ 135,344.77 |
| 10 | Performance Contractors 8093 Padgett Switch Rd Irvington, AL 36544 | Brad Peacock  251-591-3589 | | | | | $ 110,206.27 |
| 11 | Oil States Energy #20 Gammage Rd Ellisville, MS 39537 | oil states energy services  713-425-2400 | | | | | $ 99,830.12 |
| 12 | Moran Equipment Po Box 2232 Elk City, OK 73644 | natalie wolford  580-225-2575  natalie@moranequipment.com | | | | | $ 88,056.96 |
| 13 | Total Safety 4210 Malone Dr Pasadena, TX 77507 | Teresa Lewis  281-583-6151  Telewis@totalsafety.com | | | | | $ 86,941.00 |
| 14 | Tri-Country Nitrogen 1359 W University Blvd, Suite A284 Odessa, TX 79764 | | | | | | $ 83,394.00 |
| 15 | Industrial Piping Specialist 7755 Harms Rd Houston, TX 77041-2124 | | | | | | $ 70,910.06 |
| 16 | Aptean PO Box 743722 Atlanta, GA 30374 | AR-COE@Aptean.com 1888-945-1608 | | | | | $ 52,197.24 |
| 17 | RWLS, LLC PO Box 862 Levelland, TX 79336 | | | | | | $ 47,548.88 |
| 18 | Holland Industrial Services PO Box 937 Bay Minette, AL 36507 | | | | | | $ 46,861.00 |
| 19 | 1 Source 3240 Moffett Rd Mobile, AL 36607 | Janice Colvin  251-380-7802  Janice.colvin@1sourcellc.com | | | | | $ 38,134.00 |
| 20 | Clarkco Oilfield Services P.O. Box 341 Heidelburg, MS 39439 | | | | | | $ 35,765.34 |