_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 12, 2023**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BLUE DIAMOND ENERGY, INC.,**                    **CASE NO. 23-50490-JAW**

**DEBTOR.**                                                                **CHAPTER 11**

## ORDER RESOLVING SHOW CAUSE ORDER

This matter came before the Court for telephonic hearing on April 11, 2023 (the "Show Cause Hearing") on the Order to Show Cause (the "Show Cause Order") (Dkt. #11) issued to Tri Element, Inc. (the "Debtor") and Steve Wright Mullins, Sr. ("Mullins"), counsel for the Debtor, to show cause why the above-styled bankruptcy case (the "Bankruptcy Case") should not be dismissed for failure to comply with the Deficiency Notice (the "Deficiency Notice") (Dkt. #4) issued in the Bankruptcy Case. At the Show Cause Hearing, Mullins appeared by telephone on behalf of the Debtor. After considering the arguments of counsel, the Court ordered the Debtor to comply with the Deficiency Notice within fourteen days of the date of the Show Cause Hearing and warned the Debtor that its failure to fully comply with the Deficiency Notice would result in the dismissal of the Bankruptcy Case without further notice or hearing. This Order memorializes the Court's bench ruling.

1. On April 2, 2023, the Debtor filed a voluntary petition for relief (the "Petition") under chapter 11 of the United States Bankruptcy Code (Dkt. #1). The Bankruptcy Clerk issued the Notice of Deficiency (the "Deficiency Notice") (Dkt. #4) on April 3, 2023, notifying the Debtor that it must file the Creditor Matrix, List of 20 Largest Unsecured Creditors (Non-Individual Official Form 204), and Corporate Ownership Statement by April 4, 2023.

2. The Debtor failed to file documents by the deadline. For that reason, the Court issued the Show Cause Order on April 7, 2023 to show cause why the Bankruptcy Case should not be dismissed for failure to comply with the Deficiency Notice.

3. Prior to the Hearing, the Debtor filed the documents to comply with the Deficiency Notice on April 7, 2023 (Dkt. #7) (Dkt. #12) (Dkt. #13). However, the Creditor Matrix did not upload correctly. Mullins explained to the Court that he had experienced technical difficulties with the CM/ECF system in addition to recent health issues but that he had prepared the Largest Creditor List and would file it promptly.

4. After considering the matter, the Court ruled from the bench that the Debtor must file the Largest Creditor List within fourteen days or the Bankruptcy Case would be dismissed without further notice or hearing.

IT IS, THEREFORE, ORDERED that the Debtor shall fully comply with the Deficiency Notice by filing the Creditor Matrix by April 25, 2023.

IT IS FURTHER ORDERED that the Debtor's failure to fully comply with the Deficiency Notice by April 25, 2023 shall result in the dismissal of the Bankruptcy Case without further notice or hearing.

##END OF ORDER##