___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 18, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    BLUE DIAMOND ENERGY, INC.,                          CASE NO. 23-50490-JAW

    DEBTOR.                                                                                    CHAPTER 11

**ORDER GRANTING MOTION FOR**
**EXTENSION AND/OR CONTINUANCE**

    There came on for consideration the Motion for Extension and/or Continuance (the "Motion") (Dkt. #19) filed in the above-referenced bankruptcy case. The Court, having considered the matter and being fully advised in the premises, finds that the Motion should be granted.

    **IT IS THEREFORE ORDERED** that the Motion is hereby granted, and the deadline for filing Schedules, Statement of Financial Affairs, and all other case opening documents is hereby extended until April 28, 2023.

    **IT IS FURTHER ORDERED** that if the Debtor fails to comply with this Order, the case may be dismissed without further notice or hearing.

##END OF ORDER##