___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2023**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **BLUE DIAMOND ENERGY, INC,** | **CASE NO: 23-50490-JAW** |
| **DEBTOR.** | **CHAPTER 11** |

Steve Wright Mullins, Sr., Esq., Counsel for the Debtor
Blue Diamond Energy, Inc, Debtor

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on May 3, 2023, at 9:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Order Granting Motion for Extension and/or Continuance (the "Order") (Dkt. #20) entered on April 18, 2023.

##END OF ORDER##