UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BLUE DIAMOND ENERGY, INC        CASE NO.: 23-50490-JAW
DEBTOR                                 CHAPTER 11

## APPLICATION TO EMPLOY

NOW INTO THE COURT comes Blue Diamond Energy, INC, and hereby submit this Application for an Order authorizing the employment of Steven Wright Mullins, Sr. and the Mullins Law Firm as local counsel for the Debtor. In support thereof, the Debtor respectfully submit:

### BACKGROUND

1. On April 2, 2023, the Debtors filed a voluntary petition seeking bankruptcy relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Mississippi. The Debtor continues to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 (a) and 1108 of title 11 of the United States Code.

### JURISDICTION AND VENUE

2. This Court has jurisdiction to consider the matter pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 29 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

3. The Debtor wish to employ Steve Wright Mullins, Sr., and Mullins Law Firm, as local counsel under a general retainer to give the Debtor legal advice with respect to the Debtors' business and management of the Debtors' property and to perform all legal services for the debtor-in-possession which may be necessary herein, at the following rates: Steve Wright Mullins, Sr., at $325/hour.

4. The Debtor selected Steve Wright Mullins, Sr., and the Mullins Law Firm based on the Debtors, as debtors-in-possession, to employ attorneys for professional services.

5. To the best of the Debtors' knowledge and, except as detailed in the Affidavit of Steve Wright Mullins, Sr., and Mullins Law Firm currently have no connection with the Debtor, their creditors, or any other party in interest, their respective attorneys or accountants, the Office of the United States Trustee, or any person employed by the United States Trustee other than representing the Debtors in filing the initial pleadings and in matters preliminary hereto.

## NOTICE

6. No trustee, examiner, or creditors' committee has been appointed in the Debtors' chapter 11 cases. Notice of this Motion has been provided to the United States Trustee, as well as all other creditors listed on the creditor matrix submitted in this bankruptcy case. The Debtor submit that no other or further notice need be provided.

7. No previous motion for the relief herein has been made to this or any other court.

WHREFORE, the Debtor prays to be authorized to employ Steve Wright Mullins, Sr., and the Mullins Law Firm under a general retainer to serve as local counsel for the Debtor as in this proceeding under chapter 11 of the Bankruptcy Code and that said Debtor has such other and further relief as is just.

Respectfully submitted,

/s/Steve Wright Mullins
Steve Wright Mullins

**Steve Wright Mullins, Sr**
Mullins Law Firm
5551 Old Shell Road
Ste Unit 81750
Mobile, AL 36689-5566
228-218-3543
Fax : 228-217-4928
Email: jackfish28@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BLUE DIAMOND ENERGY, INC          CASE NO.: 23-50490-JAW
DEBTOR                                   CHAPTER 11

### AFFIDAVIT OF STEVEN WRIGHT MULLINS, SR.

I, Steve Wright Mullins, Sr., attorney at law do hereby state, after being duly sworn that the following maters of fact are true and correct:

1. That I am a practicing, licensed attorney admitted to practice before all courts of the state of Mississippi and the United States Bankruptcy Court for the Southern District of Mississippi.

2. That I have no connection with the Office of the United States Trustee, and I do not hold or represent any interest adverse to the Debtor in the above numbered referenced case.

_____
Steve Wright Mullins, Sr.

Sworn and subscribed before me the ____5th____ day of April, 2023.

_____
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, TRUDY BURKETT, NOTARY PUBLIC, Jackson County, Commission Expires February 27, 2027, COMMISSION NUMBER 111418]

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading had been served upon the parties that receive notice via the Court's CM/ECF system, the United States Trustee's Office, and those parties listed on the attached services list via first-class mail on this the ____5th____ day of April, 2023.

_____
Steve Wright Mullins, Sr.