UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BLUE DIAMOND ENERGY, INC  CASE NO.: 23-50490-JAW
DEBTOR  CHAPTER 11

## 21 DAY NOTICE

Blue Diamond Energy, Inc, Inc filed an Application to Employ Attorney on May 2, 2023 (Dkt#25) wherein the Debtor seeks to employ Steve Wright Mullins, Sr., of Mullins Law Firm as its general bankruptcy counsel in this Chapter 11 case.

The professional services to be rendered by the attorney/firm are: prepare, on the Debtor's behalf, all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate; negotiate and prepare on the Debtor's behalf, if necessary and advisable under the circumstances, a Chapter 11 plan, related disclosure statement, and all related agreements and documents and taking any necessary action on the Debtor's to obtain confirmation of that plan; attend meetings with creditors and other third parties and participate in negotiations with respect to the above matters; and perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 case.

The attorney shall be compensated at an hourly rate of three hundred and fifty ($325).

NOTICE: **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to enter an order granting employment to Steve Wright Mullins, Sr., or if you want the court to consider your views on the motion, then on or before twenty-one (21) days of this service, you or your attorney must file with the court a written objection explaining your position. Those not permitted to filed electronically must deliver any objection to by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court Street, Ste 2.300
Jackson, MS 39201

If you or your attorney do not take steps, the court may decide that you do not oppose an order affecting the case or property.

ON THIS the 2ndday of May 2023

/s/Steve Wright Mullins, Sr.
Steve Wright Mullins, Sr.

CERTIFICATE OF SERVICE

I, Steve Wright Mullins, Sr., attorney for the above referenced Debtor, hereby certify that on this date I have electronically filed the foregoing Notice with the Clerk of the Court using the ECY system, which will send notification of such filing to the Counsel of Record, US Trustee and other necessary parties desiring to receive notices, to their email address on file with the Court. The Notice will be sent via U.S. Mail, postage prepaid to all Creditors listed on the Creditors Matrix and other interested parties.

ON THIS the 2nd  day of May 2023

/s/Steve Wright Mullins
Steve Wright Mullins

**Steve Wright Mullins, Sr**
Mullins Law Firm
5551 0ld Shell Road
Ste Unit 81750
Mobile, AL 36689-5566
228-218-3543
Fax : 228-217-4928
Email: jackfish28@gmail.com