| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Diamond Energy, Inc** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | **23-50490** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| *CARBON COUNTY TREASURER<br>PO BOX 828<br>Red Lodge, MT 59068 | | Property Tax | | | | $345,386.82 |
| *Carson County Appraisal<br>c/o Collins & Mott LLP<br>PO Box 9132<br>Amarillo, TX 79105 | | | | | | $454,000.00 |
| *Citibank N.A.<br>Administrative Agent<br>122 Citibank Drive<br>San Antonio, TX 78245 | | RBL | | $123,437,500.00 | $0.00 | $123,437,500.00 |
| *Citibank, NA<br>as Administrative Agent<br>110 Citibank Drive<br>San Antonio, TX 78245 | | RBL | | $677,717,700.00 | $0.00 | $677,717,700.00 |
| *Delaware Trust Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | Second Lien Secured Notes | | $80,722,487.00 | $0.00 | $80,722,487.00 |
| *Enterprise Jonah Gas Gat<br>PO Box 4324<br>Houston, TX 77210-4324 | | Trade Claim | | | | $433,036.08 |
| *GRAY COUNTY TAX OFFICE<br>PO BOX 382<br>Pampa, TX 79066 | | Property Tax | | | | $319,542.46 |

| Debtor | Blue Diamond Energy, Inc | | | Case number *(if known)* | 23-50490 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *JOHNSON COUNTY TREASURER<br>PO BOX 794<br>Clarksville, AR 72830-0344 | | Property Tax | | | | $739,777.70 |
| *NATRONA COUNTY TREASURER<br>PO Box 2290<br>Casper, WY 82602 | | Property Taxes | | | | $993,691.94 |
| *PARK COUNTY TREASURER<br>1002 Sheridan Avenue<br>Cody, WY 82414 | | Property Tax | | | | $3,179,926.81 |
| *Pinedale Energy Partners<br>Tyler Beauty<br>6100 South Yale Ste 800<br>Tulsa, OK 74136 | | Trade Claim | | | | $2,382,606.31 |
| *Powder River Midstream<br>200 N Lorraine St # 300<br>Midland, TX 79701 | | Trade Claim | | | | $307,541.21 |
| *SUBLETTE COUNTY TREASURE<br>PO Box 296<br>Pinedale, WY 82941-0296 | | Property Taxes | | | | $8,839,763.02 |
| *SWEETWATER COUNTY TREASU<br>80 West Flaming<br>Green River, WY 82935 | | Property Taxes | | | | $677,553.79 |
| *Ultra Resources INC<br>116 Inverness Dr Ste 400<br>Englewood, CO 80112 | | | | | | $5,552,251.07 |
| *WGR Operating LP<br>1201 Lake Robbins Dr<br>Spring, TX 77380 | | Trade Claim | | | | $2,106,879.14 |
| *White Rock & Oil LLC<br>5810 Tennyson Pkwy Ste 500<br>Plano, TX 75024 | | Trade Claim | | | | $359,236.54 |

Debtor  **Blue Diamond Energy, Inc**　　　　　　　　　　　　　　Case number *(if known)*  **23-50490**
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim　If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **\*William Wesley Millsaps**<br>**1002 Over Look Drive**<br>**Monteagle, TN 37356** | | | | | | $325,000.00 |
| **\*WYOMING DEPART OF REVENU**<br>**122 W 25TH STREET**<br>**2ND FLR EAST**<br>**Cheyenne, WY 82002-0110** | | **Severance Tax** | | | | $295,193.88 |
| **\*XTO Energy Inc**<br>**22777 Springwoods Village**<br>**Spring, TX 77389** | | **Trade Claim** | | | | $978,895.89 |

Official form 204　　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　　page 3