# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Blue Diamond Energy, Inc**                       Case No.   **23-50490**

Debtor(s)                       Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barton E Selman**<br>**2120 Stonehinge**<br>**Garland, TX 75041** | | | **Stockholder** |
| **Contrarian Capital Mgmt L**<br>**411 West Putnam Avenue**<br>**Suite 425**<br>**Greenwich, CT 06830** | **Common** | **16.7** | **Common** |
| **Debra Sue Tuxhorn**<br>**PO Box 72**<br>**Huntington, AR 72940** | | | **Mineral Interest** |
| **Donna R Gordon**<br>**5245 McKenzie Glen Ct**<br>**Carmichael, CA 95608** | | | **Stockholder** |
| **Douglas Clements**<br>**337 Avenue F**<br>**Redondo Beach, CA 90277** | | | **Stockholder** |
| **Fidelity Management**<br>**& Research LLC**<br>**245 Summer Street**<br>**Boston, MA 02210** | **Common** | **6.0** | **Common** |
| **Gary A Bullinger**<br>**PO Box 1134**<br>**Dickinson, ND 58602** | | | **Stockholder** |
| **J.P. Morgan Chase & Co.**<br>**270 Park Avenue**<br>**New York, NY 10017** | **Common** | **6.3** | **Common** |
| **Marathon Asset Management**<br>**One Bryant Park**<br>**38th Floor**<br>**New York, NY 10036** | **Common** | **24.4%** | **Common** |
| **Monarch Alternative Capit**<br>**535 Madison Avenue**<br>**New York, NY 10022** | **Common** | **10.2** | **Common** |
| **Morgan Stanley & Co. LLC**<br>**1585 Broadway**<br>**New York, NY 10036** | **Common** | **10.9** | **Common** |

Sheet 1 of 2 in List of Equity Security Holders

In re:   **Blue Diamond Energy, Inc**                          Case No.  **23-50490**

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neil Zebib**<br>**201 N  8th St**<br>**Unit 815**<br>**Philadelphia, PA 19106** | | | **Stockholder** |
| **Pasquale J Bilello**<br>**106 Knickerbocker Rd**<br>**Manhasset, NY 11030** | | | **Stockholder** |
| **Robert W D'Tarmett**<br>**104 S Laurel Street**<br>**Hammond, LA 70403** | | | **25% of all oil, gas other mineral produced** |
| **Roy A. Carter**<br>**1779 Independence Dr**<br>**Douglasville, GA 30134** | | | **Stockholder** |
| **Silver Point Capital, L.P**<br>**Two Greenwich Plaza**<br>**Greenwich, CT 06830** | **Common** | **7.0** | **Common** |
| **William Wesley Millsaps**<br>**1002 Overlook Drive**<br>**Monteagle, TN 37356** | | | **Stockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **May  2, 2023**                          Signature   **/s/ Thomas Swarek**
                                                             **Thomas Swarek**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)