**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

BLUE DIAMOND ENERGY, INC,  CASE NO. 23-50490-JAW

DEBTOR.  CHAPTER 11

**NOTICE OF STATUS CONFERENCE**

You are hereby notified that the Court will hold a status conference on May 17, 2023, at 11:30 a.m., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom, Room 4C, 501 East Court Street, Jackson, Mississippi in the above-styled chapter 11 bankruptcy case.

| | |
|---|---|
| Dated: May 4, 2023 | Danny L. Miller, Clerk of Court |
| | U.S. Bankruptcy Court |
| | 501 E. Court Street |
| | Ste. 2.300 |
| | Jackson, MS 39225 |
| | 601-608-4600 |