**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:      BLUE DIAMOND ENERGY                    CASE NO.: 23-50490-JAW
            DEBTOR-IN-POSSESSION                   CHAPTER 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE is hereby given, in accordance with Bankruptcy Rule 9010(b) that W. Jarrett Little, 2505 14th St., Ste. 212, Gulfport, MS 39501, jarrett@thelittlelaw.com hereby enters his appearance on behalf of Taslog Limited, LP.

Request is hereby made, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9010(b), 9013 and 9014, that the undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this proceeding, including, but not limited to, motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization or liquidation, reports and other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which may relate to or affect the above-styled and numbered proceeding.

DATED this the 10th day of May, 2023.

                                        Respectfully submitted,

                                        **TASLOG LIMITED, LP**

                                        BY: /s/W. Jarrett Little
                                            W. Jarrett Little, Its Attorney

OF COUNSEL:
W. Jarrett Little, MSB #104812
LENTZ & LITTLE, PA
2505 14th St., Ste. 212
Gulfport, MS 39501
(228) 867-6050
jarrett@lentzlittle.com

## **CERTIFICATE OF SERVICE**

  I, W. Jarrett Little, do certify that I caused a true and correct copy of the above and foregoing to be filed with the Court's ECF system which electronically served all counsel of record, including the following:

United States Trustee:  USTPRegion05.JA.ECF@usdoj.gov
Steve Wright Mullins, Sr.: jackfish28@gmail.com

  SO CERTIFIED, this the 10th day of May, 2023.

            */s/W. Jarrett Little*
            W. Jarrett Little