# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# GULFPORT DIVISION

IN RE:  BLUE DIAMOND ENERGY  CASE NO.: 23-50490-JAW
DEBTOR-IN-POSSESSION  CHAPTER 11

## MOTION TO APPEAR *PRO HAC VICE*

NOW COMES Taslog Limited, LP and moves for the admission of E.B. Harrison Willis, Esq. to appear *pro hac vice* in the above-captioned Chapter 11 Bankruptcy Proceeding as counsel for Taslog Limited, LP and states:

1. E.B. Harrison Willis is a member in good standing of the Alabama Bar Association as shown by the affidavit attached hereto as Exhibit "A".

2. Pursuant to Local Rule 83.1, E.B. Harrison Willis should be admitted to practice *pro hac vice* before this Court.

3. The undersigned requests leave of the Court to admit E.B. Harrison Willis to practice as an associate of the undersigned and to participate in the above-captioned Chapter 11, Bankruptcy Proceeding as counsel for Taslog Limited, LP.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests that this Motion to Appear *Pro Hac Vice* in this case be granted and for all other proper relief.

DATED this 10th day of May, 2023.

Respectfully submitted,

**TASLOG LIMITED, LP**

BY: */s/ W. Jarrett Little*
W. Jarrett Little, Its Local Counsel

LOCAL AND LEAD COUNSEL:

W. Jarrett Little, MSB #104812
THE LITTLE LAW FIRM, PLLC
2505    14th St., Ste. 212
Gulfport, MS 39501
(228) 867-6050
jarrett@thelittlelaw.com

ASSOCIATED COUNSEL:

E.B. Harrison Willis, ASB #5225-D67W
CLOUD, WILLIS & ELLIS, LLC
61 St. Joseph St., Ste. 800
Mobile, AL 36602
(251) 545-4844
hwillis@cloudwillis.com

## **CERTIFICATE OF SERVICE**

I, W. Jarrett Little, do certify that I caused a true and correct copy of the above and foregoing to be filed with the Court's ECF system which electronically served all counsel of record, including the following:

United States Trustee:         USTPRegion05.JA.ECF@usdoj.gov
Steve Wright Mullins, Sr.:     jackfish28@gmail.com

SO CERTIFIED, this the 10th day of May, 2023.

/s/W. Jarrett Little
W. Jarrett Little