# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | | |
|---|---|---|
| IN RE: | **BLUE DIAMOND ENERGY** | **CASE NO.: 23-50490-JAW** |
| | **DEBTOR-IN-POSSESSION** | **CHAPTER 11** |

### AFFIDAVIT

E.B. Harrison Willis, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Cloud, Willis & Ellis, LLC.
2. I submit this affidavit in support of my admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Alabama.
4. No disciplinary proceedings nor any criminal charges have been instituted against me.
5. I have received training and have used the United States Bankruptcy Court and United States District Court's Electronic Case Filing system for the United States Bankruptcy Court for the Southern and Northern Districts of Mississippi and the United States District Court for the Southern and Northern Districts of Mississippi.
6. I agree to comply with the Local Rules of this Court.
7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

E.B. Harrison Willis, ASB #5225-D67W
CLOUD, WILLIS & ELLIS, LLC
61 St. Joseph St., Ste. 800
Mobile, AL 36602
(251) 545-4844
hwillis@cloudwillis.com

Dated: May 10, 2023

STATE OF ALABAMA
COUNTY OF MOBILE

    PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named E.B. Harrison Willis, who acknowledged before me that, he signed, executed and delivered the foregoing document, on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the 10th day of May, 2023.

*Mira A. Covington*
NOTARY PUBLIC

My Commission Expires:

06/07/2026

**Mira A. Covington**
Notary Public
Alabama - State at Large
My Commission Expires: 06/07/2026

# EXHIBIT A

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF ALABAMA



# Certificate of Good Standing



I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## *Edward Burns Harrison Willis*

was duly admitted to practice in said Court on June 5, 2009 and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on May 3, 2023.



Charles R. Diard, Jr.
**Clerk of Court**

By: 
Deputy Clerk