___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 11, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# GULFPORT DIVISION

**IN RE:**  **BLUE DIAMOND ENERGY**    **CASE NO.: 23-50490-JAW**
  **DEBTOR-IN-POSSESSION**   **CHAPTER 11**

## ORDER ADMITTING COUNSEL *PRO HAC VICE* (DK#42)

This cause came on before the Court on Application for Admission of Counsel *Pro Hac Vice* on behalf of E.B. Harrison Willis (**DK#** 42 ), for the duration of the above styled and numbered matter, and the Court being fully advised in the premises, is of the opinion that the Application is well-taken and should be granted. It is, therefore,

IT IS THEREFORE, ORDERED AND ADJUDGED that E.B. Harrison Willis is hereby admitted *Pro Hac Vice* as counsel of record on behalf of Creditor, Taslog Limited, LP, in the above styled and numbered matter.

##END OF ORDER##

Presented By:

W. Jarrett Little, MS BAR No. 104812
THE LITTLE LAW FIRM, PLLC
2505 14th Street, Suite 212
Gulfport, MS 39501
(228) 867-6050
jarrett@thelittlelaw.com