**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re                                              * | |
|                                                    * | |
| BLUE DIAMOND ENERGY, INC.,          * | Case No.: 23-50490-JAW |
|                                                    * | Chapter 11 |
| Debtor.                                         * | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Jonathan M. Lieb with the law firm of McDowell Knight Roedder & Sledge, LLC represents creditor, Breitburn Operating, L.P., in the above-referenced case. The aforesaid attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f). All such notices should be addressed as follows:

Jonathan M. Lieb
McDOWELL KNIGHT ROEDDER & SLEDGE, LLC
Suite 13290, 11 North Water Street (36602)
Post Office Box 350
Mobile, AL 36601
Phone: 251-432-5300
Fax: 251-432-5303

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, electronic mail or otherwise served and/or filed with regard to the above-referenced bankruptcy proceeding.

Respectfully submitted,

*/s/ Jonathan M. Lieb*
JONATHAN M. LIEB (MS Bar #104919)
jlieb@mcdowellknight.com

*Attorney for Breitburn Operating, L.P.*

**OF COUNSEL:**

MCDOWELL KNIGHT
ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601
Telephone: (251) 432-5300
Fax: (251) 432-5303

**CERTIFICATE OF SERVICE**

I, Jonathan M. Lieb, do certify that I caused a true and correct copy of the above and foregoing to be filed with the Court's ECF system which electronically served all counsel of record, including the following:

| | |
|---|---|
| United States Trustee: | USTPRegions05.JA.ECF@usdoj.gov |
| Steve Wright Mullins, Sr.: | jackfish28@gmail.com |
| Jarrett Little: | jarrett@thelittlelaw.com |
| Sylvie Derdeyn Robinson: | sylvie.robinson@dor.ms.gov |

SO CERTIFIED, this the 15th day of May, 2023.

/s/ Jonathan M. Lieb
JONATHAN M. LIEB