UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re | * | |
| | * | |
| BLUE DIAMOND ENERGY, INC. | * | Case No.: 23-50490-JAW |
| | * | Chapter 11 |
| Debtor. | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

Comes now Jonathan M. Lieb, attorney for creditor Breitburn Operating, L.P., and a member in good standing of the bar of the United States District Court for the Southern District of Mississippi, and hereby moves the Court to enter an Order that Richard M. Gaal be admitted to practice *pro hac vice* as counsel for creditor Breitburn Operating, L.P. in this Court in the above-referenced action. Richard M. Gaal is duly admitted to practice before the United States District Court for the Southern District of Alabama. Mr. Gaal's Affidavit and a Certificate of Good Standing from the United States District Court for the Southern District of Alabama are attached.

WHEREFORE, premises considered, Movant respectfully requests that this court enter an Order allowing Richard M. Gaal to appear *pro hac vice* in this matter for the purposes of representing creditor Breitburn Operating, L.P.

Respectfully submitted,

*/s/ Jonathan M. Lieb*
JONATHAN M. LIEB (MS Bar #104919)
jlieb@mcdowellknight.com
***Attorney for Breitburn Operating, L.P.***

**OF COUNSEL:**

MCDOWELL KNIGHT
ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601
Telephone: (251) 432-5300
Fax: (251) 432-5303


**CERTIFICATE OF SERVICE**

I, Jonathan M. Lieb, do certify that I caused a true and correct copy of the above and foregoing to be filed with the Court's ECF system which electronically served all counsel of record, including the following:

| | |
|---|---|
| United States Trustee: | USTPRegions05.JA.ECF@usdoj.gov |
| Steve Wright Mullins, Sr.: | jackfish28@gmail.com |
| Jarrett Little: | jarrett@thelittlelaw.com |
| Sylvie Derdeyn Robinson: | sylvie.robinson@dor.ms.gov |
| Patrick A. Sheehan: | Pat@sheehanramsey.com |
| E.B. Harrison Willis: | hwillis@cloudwillis.com |

SO CERTIFIED, this the 15th day of May, 2023.


/s/ Jonathan M. Lieb
JONATHAN M. LIEB (MS Bar #104919)