**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No.: 23-50490-JAW |
| BLUE DIAMOND ENERGY, INC, | § | |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

Please take notice that the undersigned appears in the above-referenced case on behalf of **Parker & Son, Inc.**, a creditor and interested party, pursuant to Sections 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), requests that all notices, pleadings, motions, schedules, and papers filed in this matter be sent to:

Jason R. Watkins
Silver Voit Garrett & Watkins,
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609
Phone: (251) 338-1096

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petitions, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, fax or otherwise, filed with regard to the above-referenced bankruptcy case.

This appearance and demand for service of the notices and papers should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in

favor of creditor, nor should the filing of such notice of appearance be deemed to be (1) a consent to the equity jurisdiction of this Court, (2) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (3) an acknowledgment or consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (4) a waiver of any right to jury trial which may exist in favor of creditor, in any proceeding that has been or will be instituted during the course of the case, (5) a waiver of creditor's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (6) a waiver of creditor's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court. Creditor specifically reserves all rights, remedies, claims, actions, setoffs, or recoupments to which creditor is or may be entitled, in law or in equity, all which rights, remedies, claims, actions, setoffs and recoupments creditor expressly reserves.

*s/ Jason R. Watkins*
JASON R. WATKINS (MSB # 105391)
SILVER VOIT GARRETT & WATKINS
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609
Telephone: (251) 338-1096

Attorney for Parker & Son, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

United States Trustee: USTPRegions05.JA.ECF@usdoj.gov
Steve Wright Mullins, Sr.: jackfish28@gmail.com

*/s Jason R. Watkins*
JASON R. WATKINS

2