___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: June 9, 2023

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **Blue Diamond Energy, Inc.** ) | Case No.: 23-50490-JAW |
| ) | |
| **Debtor,** ) | |

### ORDER

This matter came before the Court on the Interested Party Taslog, Limited's Motion for Rule 2004 Examination filed on June 8, 2023. [Doc. 80]. Based on the pleading, the Court grants Taslog's motion.

It is therefore **ORDERED, ADJUDGED and DECREED** that Taslog's Motion for Rule 2004 Examination is GRANTED. Blue Diamond Energy, Inc. shall produce the records requested by Taslog, Ltd to E.B. Harrison Willis, Esquire, care of Cloud, Willis & Ellis, LLC, 61 St. Joseph Street, Suite 800, Mobile, Alabama 36602 on or before July 12, 2023.

##END OF ORDER##

Submitted By:
E.B. Harrison Willis
Cloud, Willis & Ellis, LLC
61 St Joseph Street, Suite 800
Mobile, AL 36602
(251) 545-4844; ext. 104
hwillis@cloudwillis.com